HAWAYECK, DEMANDANTE Y APELADO, *v.* EL KOURY, DEMANDADO Y APELANTE.

APELACIÓN procedente de la Corte de Distrito de San Juan, Sección Primera, contra orden denegatoria de nuevo juicio.

No. 2358.—Resuelto en marzo 31, 1921, por los fundamentos del caso No. 2289, *Hawayeck* v. *El Koury*, de marzo 31, 1921.

*Confirmada la resolución apelada.*

Jueces concurrentes: Sres. Presidente Hernández y Asociados Wolf, del Toro, Aldrey y Hutchison.